NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**BRADLEY A. WARD,**
*Petitioner,*

v.

**DEPARTMENT OF THE AIR FORCE**
*Respondent.*

---

2010-3018

---

Appeal from the Merit Systems Protection Board in No. DA0752080328-I-1.

---

**JUDGMENT**

---

GLENN D. MANGUM, Law Offices of Glenn D. Mangum, of San Antonio, Texas, argued for petitioner.

TARA K. HOGAN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and KIRK T. MANHARDT, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, LOURIE, and BRYSON, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 7, 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk